IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

GS HOLISTIC, LLC,

        Plaintiff,

v.                                           Case Number: 3:23-cv-01112-N

NDPR LLC d/b/a SMOKE VILLA,
PRAJWOL PHAIJU, and DIPEN
MAHARJAN,

        Defendants.
_____/

**ORDER ON MOTION FOR DEFAULT JUDGMENT**
**<u>AGAINST ALL DEFENDANTS</u>**

The Court has before it the Plaintiff, GS HOLISTIC, LLC's Motion for Default Judgment against Defendants, NDPR LLC d/b/a SMOKE VILLA, PRAJWOL PHAIJU, and DIPEN MAHARJAN. Having considered the Plaintiff's Motion and all documents and evidence attached thereto, and the Court being fully advised, and good cause shown:

THE COURT HEREBY FINDS THAT the Plaintiff filed its Complaint on May 15, 2023 [DE 1]. The Defendants have failed to respond to the Complaint or otherwise appear in this instant action. A Clerk's default was entered against Defendants NDPR LLC d/b/a SMOKE VILLA, PRAJWOL PHAIJU, and DIPEN MAHARJAN, on August 21, 2023, [DE 12].

IT IS THEREBY ORDERED AND ADJUDGED that the Plaintiff's Motion for Default Judgment against Defendants Pursuant to F.R.F.P. 55(b) is hereby GRANTED.

2

Signed November 6, 2023.

_____
David C. Godbey
Chief United States District Judge